# Court of Appeals
# of the State of Georgia

ATLANTA,___March 19, 2014___

*The Court of Appeals hereby passes the following order:*

**A14A1208. RODNEY PARSONS v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.**

This case originated as a dispossessory proceeding in magistrate court. After an adverse ruling, defendant Rodney Parsons appealed the magistrate court's decision to the state court. The state court held a hearing and issued a writ of possession in favor of Federal National Mortgage Association. Parsons filed this direct appeal. We, however, lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Parsons was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Because Parsons did not follow the proper procedure for requesting discretionary review in this case, we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,_03/19/2014_____
  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.